IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TENON & GROOVE, LLC and OPTIONTOWN LLC, </br></br>    Plaintiffs, </br></br> v. </br></br> PLUSGRADE S.E.C. a/k/a PLUSGRADE L.P. and PLUSGRADE U.S. LLC, | )<br>)<br>)<br>)<br>)  C.A. No. 12-1118-GMS-SRF<br>)<br>)<br>)<br>)<br>) |

### ORDER

At Wilmington this 20th day of June, 2014,

IT IS ORDERED that the stay entered in the present matter on January 29, 2014 (D.I. 52) is LIFTED in light of the decision issued by the United States Supreme Court in *Alice Corporation Pty. Ltd. v. CLS Bank International*, No. 13-298, 573 U.S. ____ (2014) on June 19, 2014.

IT IS FURTHER ORDERED that the parties shall submit supplemental letter submissions addressing the impact of the Supreme Court's decision on the defendant's pending motion for summary judgment (D.I. 20) in accordance with the following briefing schedule:

Simultaneous supplemental letter submissions, limited to no more than five (5) pages, shall be submitted on or before **July 11, 2014**.

Responses to the supplemental submissions, limited to no more than three (3) pages, shall be submitted on or before **July 25, 2014**.

_____
Sherry R. Fallon
United States Magistrate Judge

1