IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TENON & GROOVE, LLC and OPTIONTOWN LLC,<br><br>Plaintiffs<br><br>v.<br><br>PLUSGRADE S.E.C. a/k/a PLUSGRADE L.P. and PLUSGRADE U.S. LLC,<br><br>Defendants. | C.A. No. 12-1118-GMS-SRF |

## ORDER

For the reasons stated in the court's Memorandum of this same date, IT IS HEREBY

ORDERED that:

1. The Plaintiffs' Objections to the Report and Recommendation (D.I. 68) are OVERRULED;

2. The Report and Recommendation, dated January 6, 2015 (D.I. 67), is ADOPTED;

3. Plusgrade's Motion for Summary Judgment (D.I. 20) is GRANTED;

4. The Clerk of the Court is instructed to close this case.

Dated: March 11, 2015

UNITED STATES DISTRICT JUDGE